IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

     Plaintiff,                    No. CIV S-05-1353 LKK DAD P

     vs.

TOM L. CAREY, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application form is incomplete. The certificate that must be completed by an authorized officer of the institution has not been completed, and the application does not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to submit a properly completed in forma pauperis application with a certified trust account statement.

/////

/////

1

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis, with a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner for use in a complaint under the Civil Rights Act, 42 U.S.C. § 1983.

DATED: July 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:kf
edwa1353.3cn