IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

    Plaintiff,                        No. CIV S-05-1353 LKK DAD P

    vs.

TOM L. CAREY, et al.,

    Defendants.                  <u>ORDER</u>

        /

        Plaintiff has requested an extension of time to submit a properly completed application to proceed in forma pauperis pursuant to the court's order filed July 18, 2005.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 12, 2005 request for extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit an application to proceed in forma pauperis with a certified copy of plaintiff's prison trust account statement.

DATED: August 17, 2005.

                                      */s/ Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
edwa1353.36