IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

        Plaintiff,                         No. CIV S-05-1353 LKK DAD P

    vs.

TOM L. CAREY, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se with this action, has filed a motion for an order compelling discovery. Plaintiff requests an order compelling defendants to produce documents for inspection and copying.

        It does not appear that plaintiff has served defendants with a request for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure. Plaintiff is advised that the parties do not need leave of court to serve discovery requests on each other under the Federal Rules of Civil Procedure. Pursuant to the Discovery Order filed in this action on January 9, 2006, responses to properly served discovery requests are due forty-five days after the discovery request is first served. The parties have been ordered not to file copies of their discovery requests and responses unless it becomes necessary to make a motion to compel discovery. If plaintiff serves a discovery request and is dissatisfied with the response served by

1

1  defendants, then he may file a motion to compel discovery.  In such a motion, he must set out the
2  facts concerning his discovery request, the defendants' response, the reasons for his
3  dissatisfaction, and legal authority for the order he seeks.  A complete copy of the discovery
4  request at issue, as well as a complete copy of defendants' response to it, should be attached to
5  the motion to compel.
6        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 25, 2006 motion to
7  compel discovery is denied without prejudice.
8  DATED: May 2, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
edwa1353.411