IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

    Plaintiff,                        No. CIV S-05-1353 LKK DAD P

    vs.

TOM L. CAREY, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

        By order filed April 13, 2006, this court directed plaintiff to file, within thirty days, a status report. Thirty days have since passed, and plaintiff has not filed a status report or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

/////

1

1 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3 DATED: May 24, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
edwa1353.fsr