1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LARRY EDWARDS,

11            Plaintiff,                    No.  CIV S-05-1353 LKK DAD P

12        vs.

13    TOM L. CAREY, et al.,

14            Defendants.              ORDER

15    _____/

16            In findings and recommendations filed May 25, 2006, the undersigned has

17    recommended that this action be dismissed due to plaintiff's failure to respond in any way to the

18    court's April 13, 2006 order requiring plaintiff to file a status report.  Plaintiff has filed timely

19    objections together with his overdue status report.  Plaintiff states that he was unable to comply

20    with the court's deadline due to his circumstances as a prisoner.

21            A party who is unable to comply with a court order or an applicable rule "shall

22    seek to obtain a necessary extension from the Court . . . as soon as the need for an extension

23    becomes apparent."  Local Rule 6-144(d).  A request for extension of time should be submitted

24    prior to the required filing date.  Id.  Although the plaintiff in this case has previously filed timely

25    requests for an extension of time, he did not seek an extension of time to file his status report and

26    has not explained his failure to do so.

1  In the interest of justice, the undersigned will vacate the pending findings and

2  recommendations.  Plaintiff's untimely status report will be accepted for filing.  Plaintiff is

3  cautioned, however, that he must comply with filing dates in the future or file a timely request for

4  an extension of time.

5  Accordingly, IT IS ORDERED that:

6  1.  This court's findings and recommendations filed May 25, 2006, are vacated;

7  2.  Plaintiff's status report filed June 6, 2006, is deemed timely; and

8  3.  Defendants' status report shall be filed within thirty days after this order is

9  filed.

10  DATED: June 12, 2006.

11

12  

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14  DAD:13
edwa1353.vacfsr