IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

    Plaintiff,                           No. CIV S-05-1353 LKK DAD P

    vs.

TOM L. CAREY, et al.,

    Defendants.                      ORDER

/

        Plaintiff has filed a request for production of documents. Plaintiff previously filed a motion for an order compelling defendants to produce documents for inspection and copying. The motion was denied by order filed May 3, 2006, because it did not appear that plaintiff had served a request for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

        In the May 3, 2006 order, the court advised plaintiff that the parties do not need the court's permission before they serve discovery requests on each other. The court reminded plaintiff that

> [p]ursuant to the Discovery Order filed in this action on January 9, 2006, responses to properly served discovery requests are due forty-five days after the discovery request is first served. **The parties have been ordered not to file copies of their discovery requests and responses unless it becomes necessary to make a**

1

      **motion to compel discovery.** If plaintiff serves a discovery request and is dissatisfied with the response served by defendants, then he may file a motion to compel discovery. In such a motion, he must set out the facts concerning his discovery request, the defendants' response, the reasons for his dissatisfaction, and legal authority for the order he seeks. A complete copy of the discovery request at issue, as well as a complete copy of defendants' response to it, should be attached to the motion to compel.

(Order filed May 3, 2006, at 1-2 (emphasis added.)

      Despite two orders instructing plaintiff not to file copies of discovery requests and responses except as exhibits to properly filed motions to compel, plaintiff has filed a copy of his request for production of documents. Plaintiff is cautioned that sanctions will be imposed for a subsequent violation of the court's orders prohibiting the filing of discovery requests and responses except as provided in those orders.[1]

      Accordingly, IT IS ORDERED that plaintiff's June 20, 2006 request for production of documents will be disregarded.

DATED: June 27, 2006.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
edwa1353.411sec

---

[1] Plaintiff is also cautioned that discovery requests served in this action may not demand responses in thirty days. The Discovery Order filed on January 9, 2006, specifies that a response to a written discovery request shall be due forty-five days after the request was first served.