IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

        Plaintiff,                  No. CIV S-05-1353 LKK DAD P

    vs.

TOM L. CAREY, et al.,

        Defendants.          <u>ORDER</u>

/

        Defendants have requested leave to act beyond time to file a motion for summary judgment. Defendants have also filed their motion for summary judgment. On July 10, 2006, this court issued a scheduling order, requiring that all dispositive motions be filed before January 5, 2007. According to the request before the court, defendants' attorney did not calendar the scheduling order dates due to inadvertent error. Defendants' attorney did not discover the error until plaintiff filed his pretrial statement. In the interests of justice, and to avoid prejudicing defendants due to their attorney's error, the court will grant defendants' request for leave to act beyond time to file their motion for summary judgment. In addition, the court will revise dates for the remainder of the scheduling order.

        Good cause appearing, IT IS HEREBY ORDERED that:

/////

1

1. Defendants' April 2, 2007 request for leave to act beyond time to file a motion for summary judgment is granted.

2. Plaintiff shall be granted thirty days from the date of this order to file and serve opposition or a statement of non-opposition to defendants' April 2, 2007 motion for summary judgment. Defendants shall file and serve their reply within fifteen days after service of plaintiff's opposition.

3. Plaintiff shall file and serve a revised pretrial statement if so desired and any motions necessary to obtain the attendance of witnesses at trial on or before July 6, 2007. Defendants shall file their pretrial statement on or before July 20, 2007. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

4. The Pretrial conference, as described in the court's scheduling order filed July 10, 2006, is continued from April 27, 2007, to July 27, 2007. The pretrial conference shall be conducted on the file only, without appearance by either party.

5. Jury trial before the Honorable Lawrence K. Karlton, as described in the court's scheduling order filed July 10, 2006, is continued from July 17, 2007, to October 16, 2007 at 10:00 a.m. in Courtroom No. 4.

6. Except as set forth in this order, the scheduling order filed July 10, 2006, remains in effect.

DATED: April 5, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa1353.36