IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY EDWARDS,

      Plaintiff,                    No. CIV S-05-1353 LKK DAD P

    vs.

TOM L. CAREY, et al.,

      Defendants.          <u>ORDER</u>

                             /

        On April 2, 2007, defendants filed a motion for summary judgment. Plaintiff has filed an opposition. According to this court's April 6, 2007 order, plaintiff's revised pretrial statement, if any, is due on July 6, 2007. Defendants' pretrial statement is due on July 20, 2007. Pretrial conference is set for July 27, 2007, and jury trial is set for October 16, 2007. Good cause appearing, the court will vacate dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon. The remainder of the court's July 10, 2006 scheduling order will remain in effect.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Dates related to pretrial statements (July 6, 2007 and July 20, 2007), pretrial conference (July 27, 2007), and jury trial (October 16, 2007) are vacated; and

1

2. The remainder of the court's July 10, 2006 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon.

DATED: June 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa1353.41mod

2